UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

1:23-cv-647-TWP-MKK

FILED
04/12/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Kalonji-amun:setepenre©™ of james-howard:the dunville©™ family heritage by my divine oath, swear to tell the truth, the whole truth, and nothing but the truth, so help me God (All).

Kalonji-amun:setepenre©™ moves this UNITES STATES DISTRICT Court, SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION the Court of Record, in Marion County Indiana, DISTRICT of COLUMBIA, in propria personam. w/in-out the UNITED STATES for U.S.C. 1983 Civil Law Suit.

Kalonji-amun:setepenre©™ of james-howard:the dunville©™ family heritage filing my claim against Indianapolis Metropolitan Police Department (IMPD), Public Employees.

1. On Tuesday, April 20, 2021 at 5:02 pm, Officers with East District of the Indianapolis Metropolitan Police Department (IMPD) were dispatched to a person shot at a residence in the 800 block of N. Oakland Avenue. Dispatched information said the male victim was shot in the neck and the suspect was upstairs in the house. Upon arrival, the officers found a person, Otis Jackson, suffering from a gunshot wound to the neck. He was transported to Eskenazi Hospital in critical

- 1 -

condition. The suspect, later identified as Kalonji Setepenre, was believed to still be inside the home.

2. At 5:22pm, the officers gave loud announcements directed at Mr. Setepenre's bedroom located on the home's second floor. The officers maintained a perimeter on Mr. Setepenre's bedroom and requested a Special Weapons and Tactics (SWAT) Supervisor for the possible barricaded subject. Aggravated Assault was requested and Detective Aaron J. Ramos responded.

3. At 5:49pm, Detective Ramos submitted a search warrant for the residence which was granted. SWAT responded to the house in the 800 block of N. Oakland Avenue to assist with the possible barricaded subject and search warrant. SWAT cleared the home. Mr. Setepenre was not located.

<u>Indianapolis Metropolitan Police Department (IMPD), Government Public Employees Violated Indiana Constitution, Article 1 § 8, § 11 and § 12, and UNITED STATES CONSTITUTION, Amendment 4 Unreasonable Searches and Seizures and Amendment 5, Due Process Of Law and Just Compensation Clauses.</u>

4. On April 20, 2021, at 5:02 pm, Detective Aaron J. Ramos and Officers arrived at 800 block of N. Oakland Avenue and found-out Otis Jackson had a gunshot in the neck. Detective Aaron J. Ramos, Officer I. Eakle, Officer Roberto Sanchez and other officers maintained a perimeter around the house of Setepenre's bedroom after residents told the police that Setepenre was in his room.

5. Officers gave a loud announcements "come out Kalonji Setepenre" several times but no response was made. Officers started shooting teargas through the windows of Setepenre's bedroom. Still there was no response. All bedroom's windows were broken out by shooting teargas into Setepenre's bedroom.

6. Officers called the Special Weapons and Tactics (SWAT) Supervisor for possible barricaded in the house. At 5:49 pm, Detective Ramos submitted a search warrant for the residence which was granted. SWAT responded to the house in the 800 block of N. Oakland Avenue to assist with the possible barricaded subject and search warrant. Special Weapons and Tactics (SWAT) cleared the home. SWAT team went directly to Setepenre's bedroom door and knock-down the bedroom's door. After entering, SWAT team searched the bedroom there was no Kalonji Setepenre

-3-

in the room there was no subject barricaded. The SWAT team and police officers leaves the house with bedroom's door wide open (still knock down) as they departed from 800 block of N. Oakland Avenue. After officers leaving 800 N. Oakland Avenue, public entered and stoled the private property in Setepenre's bedroom. Indianapolis Metropolitan Polices Department (IMPD), STATE GOVERNMENT PUBLIC EMPLOYEES caused negligence and violated their oath of office against Indiana Constitution Article 13, 11, and UNITED STATES CONSTITUTION Amendment 4, Unreasonable searches and seizures.

7. Indianapolis Metropolitan Police Department (IMPD) STATE GOVERNMENT PUBLIC EMPLOYEES had probable cause and search warrant to search the house. Polices had probable cause (victim shot in the neck) and search warrant to shot teargas into Setepenre's bedroom windows. The SWAT team had probable cause and search warrant to knock-down Setepenre's bedroom door. Indianapolis Metropolitan Police Department had a constitutional right with probable cause and search warrant to shot teargas into Setepenre's bedroom windows, and SWAT team had a constitution right to knock-down Setepenre's bedroom door. Plaintiff Kalonji Setepenre is not arguing the issue of the Indianapolis Metropolitan Police Department having a constitutional right of

probable cause and search warrant to shot teargas through Setepenre's bedroom windows and knocking-down Setepenre's bedroom door.

8. Indianapolis Metropolitan Police Department, constitutional violation started when polices and SWAT team leaves the house on 800 block of N. Oakland Avenue with bedroom's door wide open (still knock-down). Police Officers did not secure Setepenre's bedroom door. This is when Indianapolis Metropolitan Police Department, State Employees violated Oath of Office to uphold, defend and protect the Indiana Constitution and UNITED STATES CONSTITUTION. Setepenre's bedroom door wide open, the public entered and stoled the private property of Setepenre in the bedroom.

9. State Government Public Employees violated Indiana Constitution Article 1 § 11. Unreasonable search and seizure. The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable search, or seizure, shall not be violated.
   UNITED STATES CONSTITUTION, Amendment 4, Unreasonable searches and seizures. The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated. Indianapolis Metropolitan Police Department, Public Employees violated their Oath of Office by leaving Setepenre's

bedroom door wide open (still knock-down), causing Setepenre great damage.

<u>Private Property Damage:</u>

Kalonji-amun:setepenre©™ suffered Property Damage and Personal Injury. Public in the rooming home entered Setepenre's bedroom and stoled important lawful documents, clothes and newly brought furniture. Important lawful documents were BIRTH CERTIFICATE in JAMES HOWARD DUNVILLE; BIRTH CERTIFICATE in KALONJI AMUN SETEPENRE; PASSPORT in JAMES HOWARD DUNVILLE; MARRIAGE/DIVORCE LICENSE in JAMES HOWARD DUNVILLE and JUDITH DUNVILLE; MARRIAGE LICENSE of (Father) KENNETH FRANKLIN DUNVILLE and (Mother) RUBY MAE (WRIGHT) DUNVILLE; Copyright Newspaper Publisher's Affidavit in Kalonji-Amun:Setepenre©™ of james-howard:the dunville©™ family heritage; Identity Affidavits; 2013 Bank Loan Documents for the House on 21st Houston; Acquittal of All Power Of Attorneys; Affidavit of Expatriation from UNITED STATES as a UNITED STATES citizen to Repatriation to Indiana State (Sovereign Nation) as a American Indianian National; Declaration of Private Citizen Status; and many more lawful documents and papers.

10. Clothes: twenty (20) pairs of shoes, thirty (30) pairs of trousers, forty (40) shirts, five (5) dress suits, four (4) winter coats, seven (7) hats, and jewelry, socks, t-shirts/boxer shorts.

- 6 -

11. Furniture: Television (Smart 32'), three (3) new laptops H.P. computers, Printer Brother, new Refrigator, 2 new G.E. fans, air conditioner, new kitchen table/chairs, new Bedroom bed/box spring/sheets/Spread, new big electric shillet, new Pot Pans set, new silverware set, new iron/iron board/ new washclothes/ towels, and tool box.

12. SWAT team search the bedroom and kalonji-amun: setepenre©™ was not barricaded in the bedroom. Ms. K. Schellhaass seized 3 cell phones, certified mail addressed to Kalonji Setepenre and Medicare paperwork addressed to Otis Jackson. After during the searched, SWAT team and police officers did not secure Setepenre's bedroom door but left the bedroom door wide open for the public to steal Setepenre's private property.

13. The Declaration of Independence proves this: "That to secure these Rights, Governments are instituted among Men. . . . . And from the Bill of Rights in (of) the "constitution" Governments are to protect individual rights. The constitutional government and their oath office governs the rights and duties of public officers as government employees. Indiana government entities (public officers) has made oath of office to uphold, defend and protect the Indiana Constitution and

UNITED STATES CONSTITUTION. The Indiana Public Officers has oath of office and bond which is a contract/compact to support and protect the Indiana Constitution and UNITED STATES CONSTITUTION.

14. Indiana Public Officers breached the performance of their duty to protect kalonji-amun: setepenre©™ personal liberty and private property arising from a breach of duty growing out of the contract of Indiana Constitution, Article 1 Bill of Rights, §8. Oath, how administered; §11 Unreasonable search or seizure. The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable search or seizure, shall not be violated; §12 Courts open, Due course of law. . . . and every person, for injury done to him in his person, property, or reputation, shall have remedy by due course of law; and UNITED STATES CONSTITUTION, Amendment 4. Unreasonable searches and seizures (to be secure in their houses, papers and effects); and UNITED STATES CONSTITUTION Amendment 5, Due process of law and just compensation clauses . . . . nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

15. After Otis Jackson got out of the hospital, I was

on the East Washington City Bus and Otis Jackson got on the East Washington City Bus wearing my shirt, pants, and shoes that his girl friend Donna Randolph and rooming house friends had stolen from my bedroom in that rooming room. They stoled all my clothes, furniture, and destroyed my lawful documents.

Relief Requested: U.S. Court III, Constitutional Court

1. Indianapolis Metropolitan Police Department, Officers Detective Aaron J. Ramos, Officer I. Eakle, Officer Roberto Sanchez and SWAT team violated their Oath of Office and by leaving Setepenre's bedroom door wide open without securing the bedroom door, so the public did steal Setepenre's private property.

2. Officer I. Eakle, Officer Roberto Sanchez, Detective Aaron J. Ramos and SWAT team violated their Oath of Office and Bonds to protect and defend Indiana Constitution, Article 1 § 8, Article 1 § 11 Unreasonable search or seizure, and Article 1 § 12 Due course of law; and UNITED STATES Constitution, Amendment 4. Unreasonable searches and seizures (to be secure in their houses, papers and effects); UNITED STATES Constitution, Amendment 5, Due process of law and just compensation clauses (nor shall private property be taken for public use, without just compensation). Officers and SWAT team

-9-

leaves the house without securing Setepenre's bedroom door (wide open for public living rooming house to steal private property). Rooming house resident stoled all my clothes, all furnitures and destroyed very important lawful documents (priceless valuable).

3. Kalonji-amun:setepenre©™ give grand total for Constitutional violations and losing priceless valuable lawful documents: three (3) million U.S. Constitutional Silver Bullion ($3,000,000 U.S. silver).

4. Kalonji-amun:setepenre©™ of James-howard: the dunville©™ family heritage is Authorized Representative, comes now, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION before the Court of Record, DISTRICT OF Columbia, in Marion County Indiana, Kalonji-amun:setepenre©™ in personam w/in-out UNITED STATES for this cause.

5. Kalonji-amun:setepenre©™ request that no retaliation from UNITED STATES GOVERNMENT PUBLIC EMPLOYEES and INDIANA PUBLIC EMPLOYEES that caused harm or damage for filing §1983 Civil law suit.

Respectfully,
By: Kalonji-amun:Setepenre©™
UCC §1-308, §1-103.6
All Rights Reserved

- 10 -

## Notary Public Verification

On this ____ day of _____, 20____ Notary Public verify that James-howard: dunville ©™ authorized representative, did this "UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION, 1983 Civil Rights Law Suit" with Notary's Signature and Seal for his authentication.

_____          _____
Notary Public:                    My Commission Expires:

Witnesses' Signature:
- ERICK    PRIME         Erick Prime
- _____    TRAVIS SEATS    Travis S___

Date: April 10, 2023

Respectfully,

Kalonji-amun: setepenre ©™ of
By: james-howard: the dunville ©™ family heritage
Kalonji-amun: setepenre ©™ of
James-howard: the dunville ©™ family
Authorized Representative
UCC § 1-207, § 1-103.6
All Rights Reserved

- 11 -