UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KALONJI-AMUN SETEPENRE a.k.a. JAMES HOWARD DUNVILLE, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 1:23-cv-00647-TWP-MKK |
| INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, AARON J. RAMOS, I. EAKLE, ROBERTO SANCHEZ, SWAT TEAM, and STATE GOVERNMENT PUBLIC EMPLOYEES, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice.

Dated:   05/30/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
        Deputy Clerk

Distribution:

Kalonji-Amun Setepenre a.k.a James Howard Dunville
Inmate No. 220123
Grayson County Detention Center
320 Shaw Station Rd.
Leitchfield, KY 42754